# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| DIANNE WATERS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV614-027 |
| CAROLYN W COLVIN, Commissioner of SSA | ) | |
| Defendant. | ) | |

## ORDER

This Court advised the district judge to deny plaintiff Dianne Waters' *in forma pauperis* motion because she is able to pay the Court's $400 filing fee. Doc. 3. She has since paid the fee. Accordingly, the Court **VACATES** its Report and Recommendation (doc. 3) as moot.

**SO ORDERED,** this 6Th day of May, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

1