# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### STATESBORO DIVISION

| | | |
|---|---|---|
| DIANNE WATERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   CV614-027 |
| | ) | |
| CAROLYN W COLVIN, | ) | |
| Commissioner of SSA | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

In light of the arguments raised in plaintiff's brief, doc. 13, the Commissioner moves to remand this case for further proceedings under sentence four of 42 U.S.C. § 405(g). Doc. 16. The motion should be granted. Upon remand, the administrative law judge (ALJ) will give further consideration to the evidence as set forth in the proposed Order (doc. 16-1) to be signed by the district judge to implement remand.

**SO REPORTED AND RECOMMENDED** this  3rd  day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA