# United States District Court
## Southern District of Georgia

Dianne Waters

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV614-27

Commissioner Carolyn W. Colvin

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated January 26, 2015, granting defendant's Motion to Remand; this case is remanded to the Commissioner for further consideration. This action stands closed.

January 26, 2015  
Date

Scott L. Poff  
Clerk

(By) Deputy Clerk